NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RAMBUS INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

NVIDIA CORPORATION,
*Intervenor.*

---

2010-1483

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

## ON MOTION

---

## O R D E R

Rambus Inc. moves without opposition for a 14-day extension of time, until December 13, 2010, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**NOV 2 3 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: J. Michael Jakes, Esq.
Paul M. Bartkowski, Esq.
I. Neel Chatterjee, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 2 3 2010**

**JAN HORBALY**
**CLERK**